**Order entered January 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01590-CV

**HO YOO, Appellant**

**V.**

**JULIE ELIZABETH HORNOK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02727-2018**

## ORDER

On January 2, 2020, appellee filed a motion to dismiss the appeal for want of prosecution because the clerk's had not been filed. Before the Court is appellee's January 9, 2020 letter asking this Court to remove her motion to dismiss from consideration as the clerk's record has now been filed. We construe the letter as a motion to withdraw the motion to dismiss. We **GRANT** the requested relief and withdraw the motion to dismiss.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE